FILED
2021 Feb-26 PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ODETHEA NICHOLS,   )<br>)<br>   Plaintiff,   )<br>)<br>v.   )<br>)<br>PUBLIX SUPER MARKETS, INC.,   )<br>)<br>   Defendant.   )<br>) | Civil Action Number<br>**2:21-cv-00035-AKK** |

## FINAL ORDER

In accordance with the accompanying memorandum opinion, the court finds its original jurisdiction lacking and **REMANDS** this case to the Circuit Court of Jefferson County, Alabama.

**DONE** the 26th day of February, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE